**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James B. Everts,

Plaintiff,

Civil No. 01-2282 (RHK/JMM)

vs.

**ORDER**

Hennepin County Department of
Economic Assistance, et al.,

Defendants.

---

The time for filing Objections to Magistrate Judge Mason's January 18, 2002, Report and Recommendation is extended to February 28, 2002.

Dated: February 5, 2002

RICHARD H. KYLE
United States District Judge

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK